## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 15-12363-AMC

JAMES M. JONES, JR.

314 RICHFIELD ROAD

UPPER DARBY, PA 19082-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMES M. JONES, JR.

    314 RICHFIELD ROAD

    UPPER DARBY, PA 19082-

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                            /S/ William C. Miller

Date: 3/6/2017                    _____

                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee