IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JAMES M. JONES, JR :
NAILA A. MATTISON-JONES (NON-FILING CO- :
MORTGAGOR) : BK. No. 15-12363 AMC
          Debtors :

## ORDER

AND NOW, this _____ day of _____, 2017, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: January 9, 2018**

_____
ASHELY M. CHAN,
Bankruptcy Judge

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
PHILADELPHIA, PA 19107

JOHN MCCLAIN, ESQUIRE
P.O. BOX 123
NARBERTH, PA 19072

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

JAMES M. JONES, JR
314 RICHFIELD RD
UPPER DARBY, PA 19082

NAILA A. MATTISON-JONES
314 RICHFIELD RD
UPPER DARBY, PA 19082