United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                      Case No. 15-12363-amc
James M. Jones, Jr.                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1           Date Rcvd: Oct 09, 2018
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13859436        E-mail/Text: bankruptcy.bnc@ditech.com Oct 10 2018 02:56:49
                Ditech Financial LLC fka Green Tree Servicing LLC,,   Ditech Financial LLC,   P.O. Box 6154,
                Rapid City, SD 57709-6154
                                                                                    TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
              agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JOHN L. MCCLAIN    on behalf of Debtor James M. Jones, Jr. aaamcclain@aol.com,
              edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing
              LLC bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-12363-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

James M. Jones, Jr.
314 Richfield Road
Upper Darby PA 19082

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/09/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Ditech Financial LLC fka Green Tree Servicing LLC,, Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 | LSF10 Master Participation Trust c/o Caliber Home 13801 Wireless Way Oklahoma City, OK  73134 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/11/18

Tim McGrath
**CLERK OF THE COURT**