United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-12363-amc
James M. Jones, Jr.                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Apr 02, 2019
                              Form ID: pdf900          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.
```
db             +James M. Jones, Jr.,    314 Richfield Road,    Upper Darby, PA 19082-4109
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13504859       +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13504860       +American Express,    PO Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
13569866        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13504862       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20363,
                 Kansas City, MO 64195)
13504863       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13504865       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13504866       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
14210356       +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
13947194       +PENTAGON FEDERAL CREDIT UNION,    C/O NATIONWIDE CREDIT CORP,    PO BOX 9156,
                ALEXANDRIA VA 22304-0156
13554437        U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                Harrisburg PA 17106-9184
13504868       +UPPER DARBY TOWNSHIP,    JAMES D. SMITH,    100 GARRETT ROAD,    UPPER DARBY, PA 19082-3135
14275352       +US Bank, NA,    c/o Robert J. Davidow, Esq.,    Phelan Hallinan Diamond & Jones, LLP,
                1617 JFK Blvd. , Suite 1400,    Philadelphia, PA 19103-1814
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 03 2019 03:22:41     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2019 03:22:07
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 03 2019 03:22:35     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13553292        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2019 03:19:34
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13504861       +E-mail/Text: bankruptcy@cavps.com Apr 03 2019 03:22:32     Calvary Portfolio Services,
                Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
13511726       +E-mail/Text: bankruptcy@cavps.com Apr 03 2019 03:22:32     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13675413       +E-mail/Text: megan.harper@phila.gov Apr 03 2019 03:22:41
                City of Philadelphia Law Department - Tax Unit,    Bankruptcy Unit - MSB,
                1401 John F. Kennedy Blvd, 5th Floor,    Philadelphia, PA 19102-1640
13859436        E-mail/Text: bankruptcy.bnc@ditech.com Apr 03 2019 03:22:00
                Ditech Financial LLC fka Green Tree Servicing LLC,,    Ditech Financial LLC,    P.O. Box 6154,
                Rapid City, SD 57709-6154
13531910        E-mail/Text: bankruptcy.bnc@ditech.com Apr 03 2019 03:22:00     Green Tree Servicing LLC,
                PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13504864       +E-mail/Text: bankruptcy.bnc@ditech.com Apr 03 2019 03:22:00     Green Tree Servicing L,
                Po Box 6172,    Rapid City, SD 57709-6172
13504869       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 03 2019 03:21:48
                Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LSF10 MASTER PARTICIPATION TRUST
cr*            +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
13504867       ##+Naila Mattison-Jones,    922 S. 49th Street,    Philadelphia, PA 19143-3483
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Apr 02, 2019
                              Form ID: pdf900          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
               agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JOHN L. MCCLAIN    on behalf of Debtor James M. Jones, Jr. aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing
               LLC bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    U.S. BANK, N.A., AS TRUSTEE, et.al.
               robert.davidow@phelanhallinan.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES M. JONES, JR.                    Chapter 13

             Debtor              Bankruptcy No. 15-12363-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __2nd__ day of __April__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
JAMES M. JONES, JR.

314 RICHFIELD ROAD

UPPER DARBY, PA 19082-